| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Apple Land Sports Supply, Inc.**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **39-1896248**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **174 Apple Land Dr.** <br> **Gays Mills, WI 54631** <br> Number, Street, City, State & ZIP Code | **P.O. Box 22** <br> **Gays Mills, WI 54631** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Crawford** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Apple Land Sports Supply, Inc.**                                               Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **Apple Land Sports Supply, Inc.**                                      Case number (*if known*)
Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Apple Land Sports Supply, Inc.**                                      Case number (*if known*)
            Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 22, 2019**
              MM / DD / YYYY

**X** **/s/ Michael K. Pettit**                                    **Michael K. Pettit**
   Signature of authorized representative of debtor                Printed name

Title   **Owner**

---

**18. Signature of attorney**

**X** **/s/ Greg P. Pittman**                                      Date **July 22, 2019**
   Signature of attorney for debtor                                      MM / DD / YYYY

**Greg P. Pittman 1073787**
Printed name

**Pittman & Pittman Law Offices, LLC**
Firm name

**712 Main Street**
**La Crosse, WI 54601**
Number, Street, City, State & ZIP Code

Contact phone   **(608) 784-0841**       Email address   **Info@PittmanandPittman.com**

**1073787 WI**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Apple Land Sports Supply, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF WISCONSIN**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Alliance Outdoor Group Inc. | | | | | | $27,994.60 |
| American Express Post Office Box 981537 El Paso, TX 79998 | | | | | | $49,826.23 |
| Blackpowder Products, LLC | | | | | | $24,599.98 |
| Bugg Products, LLC | | | | | | $45,345.60 |
| Charter Arms PO Box 114 Random Lake, WI 53075 | | | | | | $14,286.00 |
| Fairchase Products, LLC | | | | | | $10,705.92 |
| Feradyne Outdoors | | | | | | $86,571.42 |
| Fiocchi Ammunition | | | | | | $14,752.00 |
| GSM, LLC | | | | | | $45,252.85 |
| Hornady | | | | | | $33,404.92 |
| Kent-Gambore Corporation | | | | | | $15,404.41 |
| Magtech Ammunition Co. Inc. | | | | | | $26,098.60 |
| Normark Corp. | | | | | | $28,593.40 |
| Plano Molding Co | | | | | | $82,689.66 |

Debtor **Apple Land Sports Supply, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pure Fishing, Inc.** | | | | | | $16,025.26 |
| **Ravin Crossbows, LLC** | | | | | | $35,178.54 |
| **Savage Arms Inc** | | | | | | $149,369.34 |
| **Tenpoint Crossbow Technologies** | | | | | | $32,750.90 |
| **USRAC Inc./Browning** | | | | | | $20,231.88 |
| **Vista Outdoor Sales-Bushnell** | | | | | | $63,026.46 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Wisconsin

In re **Apple Land Sports Supply, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **5,000.00** |
   | Prior to the filing of this statement I have received | $ **5,000.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 22, 2019** | **/s/ Greg P. Pittman** |
| Date | **Greg P. Pittman 1073787** |
| | *Signature of Attorney* |
| | **Pittman & Pittman Law Offices, LLC** |
| | **712 Main Street** |
| | **La Crosse, WI 54601** |
| | **(608) 784-0841  Fax: (608) 784-2206** |
| | **Info@PittmanandPittman.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
### Western District of Wisconsin

In re  **Apple Land Sports Supply, Inc.**                                                  Case No.
                                         Debtor(s)                                  Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 22, 2019**                         **/s/ Michael K. Pettit**
                                                           **Michael K. Pettit**/**Owner**
                                                           Signer/Title

Absolute Outdoors, Inc.
1209 Franklin Ave NE
Sauk Rapids, MN 56379

All Weather Outerwear Co.

Allen Corp./Mountain Country

Alliance Outdoor Group Inc.

American Express
Post Office Box 981537
El Paso, TX 79998

American Pioneer Powder, Inc.

American Tactical, Inc.

Arrowdynamic Solutions

Auto Owners Life Insurance

Battenfeld Technologies

Betts Tackle Ltd

Big Game International

Blackbird Products, Inc.

Blackpowder Products, LLC

BP Firearms Company, LLC

Bugg Products, LLC

Burris Company, Inc.

Challenge Products, Inc.

Charter Arms
PO Box 114
Random Lake, WI 53075

Conquest Scents

Covert Scouting Cameras, Inc.

Crosman Corporation

Cubby Lures

Custom Jigs & Spins, Inc.

Daiwa Corporation

Del-Ton, Inc
330 Aviation Pkwy
Elizabethtown, NC 28337

Delkin Devices

Doc's Catfish Bait Co.

Dorcy International Inc.

Ed Cummins, Inc.

Excalibur Crossbow US

Excelsior Computer Systems

Fairchase Products, LLC

Feradyne Outdoors

Fiocchi Ammunition

First Security State Bank
3229 Greenhill Cir
Cedar Falls, IA 50613

Frogg Toggs/Guntersville Breat

G5 Outdoors, LLC

Gays Mills Utilities

Great Neck/Sheffield Manufacturing

GSM, LLC

Heritage Manufacturing

Hornady

Horton Archery

HT Enterprises, Inc.

Illusion Systems

J & N Dip Work

James Valley Scents

K & E Tackle Inc.

Kalmbach Feeds Inc/Antler King

Kent-Gambore Corporation

Konus USA Corporation

Laker Fishing Tackle Co

Lone Wolf

Magic Products, Inc.

Magtech Ammunition Co. Inc.

Mainstream Holdings

Mason Tackle Co.

Millenium Outdoors, LLC

Mr. Heater Corporation

Normark Corp.

Okuma Fishing Tackle Corp

Pete Rickard, Inc.

Plano Molding Co

Plastilite Corporation

PNC Bank
P.O. Box 3429
Pittsburgh, PA 15230

Pradco Outdoor Brands

Prometheus Group, LLC

Pure Fishing, Inc.

Ravin Crossbows, LLC

Richland-Grant Telephone Cooperative
202 N. East Street
Post Office Box 67
Blue River, WI 53518

Rinehart Targets


Royal Bank
114 State Hwy 171
Gays Mills, WI 54631

Savage Arms Inc


Sawyer Products


Scrape Fix- Wind Pro


Sheldons Inc


Spectrum Brands


Tac Shield


Tannerite


Taurus International/Rossi


Tenpoint Crossbow Technologies


Thermacell Repellents, Inc.


Tristar Arms, Inc.


Truglo


TTI Blakemore Fishing Group


USRAC Inc./Browning

Vista Outdoor Sales-Bushnell

Walnut Hollow

Water Gremlin Co.

Whitetail R/Matheson Brands

Wildlife Research Center Inc.

Yakima Bait Co

Zebco

# United States Bankruptcy Court
## Western District of Wisconsin

In re  **Apple Land Sports Supply, Inc.**                                                                    Case No.
                                   Debtor(s)                                                                 Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Apple Land Sports Supply, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 22, 2019** | /s/ Greg P. Pittman |
| Date | **Greg P. Pittman 1073787** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Apple Land Sports Supply, Inc.** |
| | **Pittman & Pittman Law Offices, LLC** |
| | **712 Main Street** |
| | **La Crosse, WI 54601** |
| | **(608) 784-0841 Fax:(608) 784-2206** |
| | **Info@PittmanandPittman.com** |

# United States Bankruptcy Court
### Western District of Wisconsin

In re **Apple Land Sports Supply, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

# DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION OF PETITIONER:**

I [We] _____**Michael K. Pettit**_____ and _____, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I have given or will give my attorney and the information provided in the electronically filed petition, statements and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules and any future amendments of these documents to the United States Bankruptcy Court, United States Trustee and Panel Trustee. I understand that this **DECLARATION RE: ELECTRONIC FILING** is to be filed with the Clerk after the petition has been filed electronically but, in any event, no later than 5 business days after the petition has been filed. I understand that failure to file the signed original of this **DECLARATION** may cause my case to be dismissed.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in the petition.

[If petitioner is a corporation, partnership or limited liability entity] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

**Signed:** _____  
Debtor

_____  
Joint Debtor

**(If joint case, both spouses must sign)**

**Dated:** **July 22, 2019**

_____  
**Michael K. Pettit**  
Authorized Corporate Officer, Partner, or Member

**PART II - DECLARATION OF ATTORNEY:**

I declare under penalty of perjury that the debtor(s) signed this Declaration before I submitted the petition, schedules, and statements. I have informed the individual petitioner that he and/or she may proceed under chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

**Dated:** **July 22, 2019**

**Signed:** _____  
**Greg P. Pittman 1073787**  
Attorney for Debtor(s)  
Wisconsin Bar No. **1073787 WI**  
**712 Main Street**  
**La Crosse, WI 54601**  
**(608) 784-0841**  
**Fax:(608) 784-2206**  
**Info@PittmanandPittman.com**

**(FILE ORIGINAL WITH COURT. DO NOT FILE ELECTRONICALLY)**