**Fill in this information to identify the case:**

Debtor name **Apple Land Sports Supply, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WISCONSIN

Case number (if known) **3-19-12609**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, and any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __August 22, 2019__     X /s/ Michael K. Pettit
                                    Signature of individual signing on behalf of debtor

                                    **Michael K. Pettit**
                                    Printed name

                                    **Owner**
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Apple Land Sports Supply, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WISCONSIN

Case number (if known) **3-19-12609**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ 1,537,005.08

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ 1,537,005.08

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ 944,001.53

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ 1,057,845.15

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b     $ 2,001,846.68

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Apple Land Sports Supply, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WISCONSIN |
| Case number (if known) | **3-19-12609** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.  **Royal Bank** | **Checking** | | $72,800.42 |

| | |
|---|---|
| **4.** **Other cash equivalents** *(Identify all)* | |
| **5.** **Total of Part 1.** | $72,800.42 |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| | | | | |
|---|---|---|---|---|
| **11.** | **Accounts receivable** | | | |
| | 11a. 90 days old or less: | **312,900.15** | **0.00** = .... | $312,900.15 |
| | | face amount | doubtful or uncollectible accounts | |

| Debtor | **Apple Land Sports Supply, Inc.** | Case number *(if known)* **3-19-12609** |
|---|---|---|
| | Name | |

**12.**  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$312,900.15

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**  **Raw materials** | | | | |
| **20.**  **Work in progress** | | | | |
| **21.**  **Finished goods, including goods held for resale** Inventory | | $0.00 | | $1,042,149.51 |
| **22.**  **Other inventory or supplies** | | | | |

**23.**  **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$1,042,149.51

**24.**  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.**  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Apple Land Sports Supply, Inc.** | Case number *(If known)* **3-19-12609** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 39. | **Office furniture**<br>**Office Desks (9) @ $50.00 ea = $450.00**<br>**Tables (5) @ $25.00 ea = $125.00**<br>**Office Chairs (9) @ $25.00 ea = $225.00**<br>**File Cabinets (7) @ $25.00 ea = $175.00**<br>**Various shelving = $5,500.00**<br>**Microwaves (2) @ $25.00 ea = $50.00**<br>**Packing Tables (2) @ $700.00 ea = $1,400.00**<br>**Display Cases (2) @ $60.00 ea = $120.00**<br>**Safe $500.00** | **$0.00** | **$8,545.00** |
| | **Desktop Computers (9) @ $250.00 ea =**<br>**$2,250.00**<br>**Printers (6) @ $250.00 ea = $1,500.00**<br>**Laptops (2) @ $100.00 ea = $200.00**<br>**Copier = $400.00** | **$0.00** | **$4,350.00** |

| | | |
|---|---|---|
| 40. | **Office fixtures** | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | **$12,895.00** |
| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?**<br>■ No<br>☐ Yes | |
| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2018 Chevrolet Silverado 1500** | **$0.00** | | **$30,000.00** |
| 47.2. **2016 Ford F150** | **$0.00** | | **$25,000.00** |
| 47.3. **2015 Dodge Caravan** | **$0.00** | | **$14,000.00** |
| 47.4. **2013 Dodge Caravan** | **$0.00** | | **$10,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Apple Land Sports Supply, Inc.** | Case number *(If known)* **3-19-12609** |
| --- | --- | --- |
| | Name | |

| | | | |
| --- | --- | --- | --- |
| 47.5. | **2013 Dodge Caravan** | $0.00 | $3,000.00 |
| 47.6. | **2009 Chevrolet HHR** | $0.00 | $2,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
| --- | --- | --- | --- |
| 48.1. | **2001 17' Crestliner boat with trailer** | $0.00 | $5,000.00 |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
| --- | --- | --- |
| **Fork Lift 1971 Clarke $4,000.00**<br>**Battery Charger $300.00**<br>**Semi Trailers $1,000.00** | $0.00 | $5,300.00 |
| **Pallet Carts (3) @ $50.00 ea = $150.00**<br>**Hand Trucks (4) @ $150.00 ea = $600.00**<br>**Packing Carts (3) @ $70.00 ea = $210.00**<br>**Pallet Jack = $500.00** | $0.00 | $1,460.00 |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

   | $96,260.00 |
   | --- |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Apple Land Sports Supply, Inc.**                          Case number *(If known)*  **3-19-12609**
          Name

| Debtor | **Apple Land Sports Supply, Inc.** | Case number *(If known)* | **3-19-12609** |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $72,800.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $312,900.15 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,042,149.51 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,895.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $96,260.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,537,005.08 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,537,005.08 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   **Apple Land Sports Supply, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WISCONSIN

Case number (if known)   **3-19-12609**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                                        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|

| 2.1 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | **$2,222.95** | **$14,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 961245
Fort Worth, TX 76111**

Creditor's mailing address

**2015 Dodge Caravan**

Describe the lien
**Lien on Title**
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **First Security State Bank** | Describe debtor's property that is subject to a lien | $18,143.28 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**3229 Greenhill Cir
Cedar Falls, IA 50613**

Creditor's mailing address

**2018 Chevrolet Silverado 1500**

Describe the lien
**Lien on Title**
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Debtor  **Apple Land Sports Supply, Inc.**
Name                                                          Case number (if know)   **3-19-12609**

■ No                                    ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.3 | **Ford Motor Credit Company** | Describe debtor's property that is subject to a lien | **$17,183.89** | **$25,000.00** |

Creditor's Name

**PO Box 105704
Atlanta, GA 30348**

Creditor's mailing address

**2016 Ford F150**

Describe the lien
**Lien on Title**
Is the creditor an insider or related party?
■ No

Creditor's email address, if known
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Royal Bank** | Describe debtor's property that is subject to a lien | **$422,665.29** | **$0.00** |

Creditor's Name

**114 State Hwy 171
Gays Mills, WI 54631**

Creditor's mailing address

**Mortgage, Inventory, receivables, accounts (general business security agreement)**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
■ No

Creditor's email address, if known
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7226**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Royal Bank** | Describe debtor's property that is subject to a lien | **$417,050.30** | **$0.00** |

Creditor's Name

**P.O. Box 10
202 Main Street
Elroy, WI 53929**

Creditor's mailing address

**Mortgage, Inventory, receivables, accounts (general business security agreement)**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
■ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

| Debtor | Apple Land Sports Supply, Inc. | | Case number (if known) | 3-19-12609 |
|---|---|---|---|---|
| | Name | | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7227**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Royal Bank** | Describe debtor's property that is subject to a lien | $66,735.82 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 10**
**202 Main Street**
**Elroy, WI 53929**
Creditor's mailing address

**Mortgage, Inventory, receivables, accounts**
**(general business security agreement)**

**Describe the lien**

**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**8/3/2018**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3241**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $944,001.53

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Apple Land Sports Supply, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WISCONSIN

Case number (if known)   **3-19-12609**

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,346.76 |
|---|---|---|---|
|  | **Absolute Outdoors, Inc.** | ☐ Contingent | |
|  | **1209 Franklin Ave NE** | ☐ Unliquidated | |
|  | **Sauk Rapids, MN 56379** | ☐ Disputed | |
|  | Date(s) debt was incurred _ | | |
|  | Last 4 digits of account number _ | Basis for the claim: _ | |
|  | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,148.93 |
|---|---|---|---|
|  | **All Weather Outerwear Co.** | ☐ Contingent | |
|  | **1425 37th Street, Suite 307** | ☐ Unliquidated | |
|  | **Brooklyn, NY 11218** | ☐ Disputed | |
|  | Date(s) debt was incurred _ | | |
|  | Last 4 digits of account number _ | Basis for the claim: _ | |
|  | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,969.43 |
|---|---|---|---|
|  | **Allen Corp./Mountain Country** | ☐ Contingent | |
|  | **525 Burbank Street** | ☐ Unliquidated | |
|  | **Broomfield, CO 80020** | ☐ Disputed | |
|  | Date(s) debt was incurred _ | | |
|  | Last 4 digits of account number _ | Basis for the claim: _ | |
|  | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,994.60 |
|---|---|---|---|
|  | **Alliance Outdoor Group Inc.** | ☐ Contingent | |
|  | **21673 Cedar Ave** | ☐ Unliquidated | |
|  | **Lakeville, MN 55044** | ☐ Disputed | |
|  | Date(s) debt was incurred _ | | |
|  | Last 4 digits of account number _ | Basis for the claim: _ | |
|  | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Apple Land Sports Supply, Inc.** | Case number (if known) | **3-19-12609** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,826.23 |
|---|---|---|---|

**American Express**
Post Office Box 981537
El Paso, TX 79998

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,367.80 |
|---|---|---|---|

**American Pioneer Powder, Inc.**
20423 State Road 7 #F6-268
Boca Raton, FL 33498

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,452.87 |
|---|---|---|---|

**American Tactical, Inc.**
231 Deming Way
Summerville, SC 29483

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,049.63 |
|---|---|---|---|

**Arrowdynamic Solutions**
122 Arabian Ave N
Liberty Hill, TX 78642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,477.55 |
|---|---|---|---|

**Battenfeld Technologies**
2501 Lemone Industrial Blvd
Columbia, MO 65201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,505.00 |
|---|---|---|---|

**Betts Tackle Ltd**
1701 W Academy St,
Fuquay Varina, NC 27526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,079.81 |
|---|---|---|---|

**Big Game International**
1919 Stanley St
Northbrook, IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Apple Land Sports Supply, Inc. | Case number (if known) | 3-19-12609 |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,343.09 |
|---|---|---|---|

**Blackbird Products, Inc.**
**PO Box 906**
**Dexter, MO 63841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,599.98 |
|---|---|---|---|

**Blackpowder Products, LLC**
**PO Box 535116**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263.27 |
|---|---|---|---|

**BP Firearms Company, LLC**
**1270 Progress Center Avenue # 100**
**Lawrenceville, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,345.60 |
|---|---|---|---|

**Bugg Products, LLC**
**PO Box 129**
**Long Lake, MN 55356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,405.32 |
|---|---|---|---|

**Burris Company, Inc.**
**331 E. 8th Street**
**Greeley, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,665.48 |
|---|---|---|---|

**Challenge Plastic Products, Inc.**
**110 West Industrial Drive**
**Edinburgh, IN 46124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,286.00 |
|---|---|---|---|

**Charter Arms**
**PO Box 114**
**Random Lake, WI 53075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Apple Land Sports Supply, Inc.** | Case number (if known) | **3-19-12609** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,811.65 |
|---|---|---|---|

**Conquest Scents**
**PO Box 219**
**Davison, MI 48423**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,211.69 |
|---|---|---|---|

**Covert Scouting Cameras, Inc.**
**4338 Green Ridge-Spa Rd**
**Lewisburg, KY 42256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Crosman Corporation**
**7629 Routes 5 & 20**
**Bloomfield, NY 14469**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $780.60 |
|---|---|---|---|

**Cubby Lures**
**PO Box 484**
**Crete, IL 60417**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $373.36 |
|---|---|---|---|

**Custom Jigs & Spins, Inc.**
**402 Westcor Dr**
**Coralville, IA 52241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,553.18 |
|---|---|---|---|

**Daiwa Corporation**
**11137 Warland Drive**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,480.00 |
|---|---|---|---|

**Del-Ton, Inc**
**330 Aviation Pkwy**
**Elizabethtown, NC 28337**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Apple Land Sports Supply, Inc. | | Case number (if known) | 3-19-12609 |
|---|---|---|---|---|
| | Name | | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,497.68**

**Delkin Devices**
13350 Kirkham Way
Poway, CA 92064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$573.09**

**Doc's Catfish Bait Co.**
102 2nd St
Parkersburg, IA 50665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,199.14**

**Dorcy International Inc.**
2700 Port Road
Columbus, OH 43217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$322.11**

**Ed Cummins, Inc.**
2305 Branch Rd
Flint, MI 48506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,394.78**

**Excalibur Crossbow US**
2335 Shirley Drive
Kitchener, ON N2B 3X4

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,705.92**

**Fairchase Products, LLC**
1790 Ronco Ave
Winona, MN 55987

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86,571.42**

**FeraDyne Outdoors**
1230 Poplar Ave
Superior, WI 54880

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Apple Land Sports Supply, Inc.** | Case number (if known) | **3-19-12609** |
|---|---|---|---|
| | Name | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,752.00** |
|---|---|---|---|

**Fiocchi Ammunition**
6930 N Fremont Rd
Ozark, MO 65721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,623.60** |
|---|---|---|---|

**Frogg Toggs/Guntersville Breast**
131 Sundown Drive NW
Arab, AL 35016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,614.49** |
|---|---|---|---|

**G5 Outdoors, LLC**
34775 Potter St
Memphis, MI 48041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,544.34** |
|---|---|---|---|

**Great Neck/Sheffield Manufacturing**
165 E 2ND St
Mineola, NY 11501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,252.85** |
|---|---|---|---|

**GSM, LLC**
PO Box 535189
Grand Prairie, TX 75053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,611.02** |
|---|---|---|---|

**Heritage Manufacturing**
16175 N.W. 49th Ave
Miami Lakes, FL 33014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,404.92** |
|---|---|---|---|

**Hornady**
3625 West Old Potash Hwy
Grand Island, NE 68803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Apple Land Sports Supply, Inc. | | Case number (if known) | 3-19-12609 |
|---|---|---|---|---|
| | Name | | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$352.52** |
|---|---|---|---|

**Horton Archery**
**Box 200961**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,550.57** |
|---|---|---|---|

**HT Enterprises, Inc.**
**139 E Sheboygan St**
**Campbellsport, WI 53010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,933.96** |
|---|---|---|---|

**Illusion Systems**
**1280 Lake Shady Ave S**
**Oronoco, MN 55960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$382.05** |
|---|---|---|---|

**J & N Dip Worm**
**23841B Ideal Rd**
**Chadwick, IL 61014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,527.04** |
|---|---|---|---|

**James Valley Scents**
**38853 SD-20**
**Mellette, SD 57461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$567.68** |
|---|---|---|---|

**K & E Tackle Inc.**
**2530 Barber Rd**
**Hastings, MI 49058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,213.21** |
|---|---|---|---|

**Kalmbach Feeds Inc/Antler King**
**811 Red Iron Road**
**Black River Falls, WI 54615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Apple Land Sports Supply, Inc. | Case number (if known) | 3-19-12609 |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,404.41 |
|---|---|---|---|

**Kent-Gambore Corporation**
**PO Box 849**
**Kearneysville, WV 25430**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,160.31 |
|---|---|---|---|

**Konus USA Corporation**
**7530 NW 79th St**
**Medley, FL 33166**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,335.77 |
|---|---|---|---|

**Laker Fishing Tackle Co**
**1225 US-54**
**Camdenton, MO 65020**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $499.20 |
|---|---|---|---|

**Lone Wolf**
**PO Box 62**
**Edwards, IL 61528**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,468.37 |
|---|---|---|---|

**Magic Products, Inc.**
**3931 2nd St**
**Amherst Junction, WI 54407**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,098.60 |
|---|---|---|---|

**Magtech Ammunition Co. Inc.**
**9100 Wyoming Ave N #515**
**Brooklyn Park, MN 55445**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,660.00 |
|---|---|---|---|

**Mainstream Holdings**
**1905 1st Ave N**
**Windom, MN 56101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Apple Land Sports Supply, Inc.** | Case number (if known) | **3-19-12609** |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,209.84** |
|---|---|---|---|

**Mason Tackle Co.**
11273 Center St
Otisville, MI 48463

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,118.40** |
|---|---|---|---|

**Millennium Outdoors, LLC**
201 Fairmont Plaza
Pearl, MS 39208

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,546.98** |
|---|---|---|---|

**Mr. Heater Corporation**
4560 West 160th St.
Cleveland, OH 44135

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,593.40** |
|---|---|---|---|

**Normark Corp.**
10395 Yellow Cir Dr
Minnetonka, MN 55343

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,171.13** |
|---|---|---|---|

**Okuma Fishing Tackle Corp**
2310 E. Locust Court
Ontario, CA 91761

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,556.64** |
|---|---|---|---|

**Pete Rickard, Inc.**
1-11 Bridge St.
Galeton, PA 16922

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,689.66** |
|---|---|---|---|

**Plano Molding Co**
431 E. South Street
Plano, IL 60545

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Apple Land Sports Supply, Inc.** | | Case number (if known) | **3-19-12609** |
|---|---|---|---|---|
| | Name | | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,776.87** |
|---|---|---|---|
| | **Plastilite Corporation** | ☐ Contingent | |
| | **4930 Battlefield Drive** | ☐ Unliquidated | |
| | **Omaha, NE 68152** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$612.45** |
|---|---|---|---|
| | **PNC Bank** | ☐ Contingent | |
| | **P.O. Box 3429** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15230** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,379.85** |
|---|---|---|---|
| | **Pradco Outdoor Brands** | ☐ Contingent | |
| | **P.O. Box 1943** | ☐ Unliquidated | |
| | **Birmingham, AL 35201** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,899.00** |
|---|---|---|---|
| | **Prometheus Group, LLC** | ☐ Contingent | |
| | **1101 Haynes Street Suite 218** | ☐ Unliquidated | |
| | **Raleigh, NC 27604** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,025.26** |
|---|---|---|---|
| | **Pure Fishing, Inc.** | ☐ Contingent | |
| | **7 Science Court** | ☐ Unliquidated | |
| | **Columbia, SC 29203** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,178.54** |
|---|---|---|---|
| | **Ravin Crossbows, LLC** | ☐ Contingent | |
| | **69 N 28th St #500** | ☐ Unliquidated | |
| | **Superior, WI 54880** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,429.95** |
|---|---|---|---|
| | **Rinehart Targets** | ☐ Contingent | |
| | **1809 Beloit Ave** | ☐ Unliquidated | |
| | **Janesville, WI 53546** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Apple Land Sports Supply, Inc.** | Case number (if known) | **3-19-12609** |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$149,369.34** |
|---|---|---|---|
| | **Savage Arms Inc**<br>**100 Springdale Road**<br>**Westfield, MA 01085** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,744.56** |
|---|---|---|---|
| | **Sawyer Products**<br>**605 7th Ave N**<br>**Safety Harbor, FL 34695** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,007.70** |
|---|---|---|---|
| | **Scrape Fix- Wind Pro**<br>**110 N Sunset Blvd.**<br>**Caledonia, MN 55921** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,776.26** |
|---|---|---|---|
| | **Sheldons Inc**<br>**626 Center St**<br>**Antigo, WI 54409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,004.32** |
|---|---|---|---|
| | **Spectrum Brands**<br>**3001 Deming Way**<br>**Middleton, WI 53562** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$514.00** |
|---|---|---|---|
| | **Tac Shield**<br>**P.O. Box 4613**<br>**Pinehurst, NC 28374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,689.68** |
|---|---|---|---|
| | **Tannerite Sports, LLC**<br>**36366 Valley Road,**<br>**Pleasant Hill, OR 97455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Apple Land Sports Supply, Inc.** | Case number (if known) | **3-19-12609** |
|---|---|---|---|
| | Name | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,179.76** |
|---|---|---|---|

**Taurus International/Rossi**
**16175 NW 49 Avenue**
**Miami Lakes, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,750.90** |
|---|---|---|---|

**Tenpoint Crossbow Technologies**
**1325 Waterloo Road**
**Mogadore, OH 44260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,836.94** |
|---|---|---|---|

**Thermacell Repellents, Inc.**
**26 Crosby Drive**
**Bedford, MA 01730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,743.93** |
|---|---|---|---|

**Tristar Arms, Inc.**
**1816 Linn St.**
**Kansas City, MO 64116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,782.21** |
|---|---|---|---|

**Truglo**
**525 International Parkway**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$999.17** |
|---|---|---|---|

**TTI Blakemore Fishing Group**
**100 Red Eagle Dr**
**Wetumpka, AL 36092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,231.88** |
|---|---|---|---|

**USRAC Inc./Browning**
**One Browning Pl**
**Morgan, UT 84050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Apple Land Sports Supply, Inc. | Case number (if known) | 3-19-12609 |
|---|---|---|---|
| | Name | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,026.46 |
|---|---|---|---|

**Vista Outdoor Sales-Bushnell**
**1 Vista Way**
**Anoka, MN 55303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.90 |
|---|---|---|---|

**Walnut Hollow**
**1409 WI-23**
**Dodgeville, WI 53533**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,041.45 |
|---|---|---|---|

**Water Gremlin Co.**
**4400 Otter Lake Rd**
**White Bear Township, MN 55110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,443.91 |
|---|---|---|---|

**WhitetailR/Matheson Brands**
**PO Box 138**
**Plymouth, WI 53073**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,446.48 |
|---|---|---|---|

**Wildlife Research Center Inc.**
**14485 Azurite St NW**
**Ramsey, MN 55303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,128.83 |
|---|---|---|---|

**Yakima Bait Co**
**1000 Bailey Ave**
**Granger, WA 98932**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,668.62 |
|---|---|---|---|

**Zebco**
**6105 East Apache**
**Tulsa, OK 74115**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | **Apple Land Sports Supply, Inc.** | Case number (if known) | **3-19-12609** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,057,845.15 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,057,845.15 |

<table>
<tr><td colspan="2" style="background:black;color:white;">Fill in this information to identify the case:</td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name    **Apple Land Sports Supply, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    **3-19-12609**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Oral Lease for Use of Real Estate (48524 Appleland Dr, Gays Mills, WI 54631) for operation of business. Debtor in Possession pays the real estate loans to Royal Bank, provides maintenance, and maintains insurance on the real estate** | |
| State the term remaining |  | **Kenneth Pettit & Sons** |
| List the contract number of any government contract |  | **48524 Apple Land Drive** |
|  |  | **Gays Mills, WI 54631** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name     **Apple Land Sports Supply, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    **3-19-12609**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

####    1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

####    2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
####       creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
####       on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Kenneth Pettit & Sons** | **48524 Appleland Drive Gays Mills, WI 54631** | **Royal Bank** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.2  **Michael Pettit** | **48536 Appleland Drive Gays Mills, WI 54631** | **Royal Bank** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.3  **Robert Pettit** | **47908 Bell Center Rd. Gays Mills, WI 54631** | **Royal Bank** | ☐ D ____ ☐ E/F ____ ☐ G ____ |

---

Official Form 206H                                    Schedule H: Your Codebtors                                    Page 1 of 1
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Apple Land Sports Supply, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    **3-19-12609**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,051,102.46** |
   | **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$2,594,548.00** |
   | **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$3,062,017.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

| Debtor | **Apple Land Sports Supply, Inc.** | | | Case number *(if known)* **3-19-12609** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. | **Royal Bank**<br>**114 State Hwy 171**<br>**Gays Mills, WI 54631** | **Regular loan payment paid each month ($7,376.52/month)** | $22,129.56 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Lone Wolf**<br>**PO Box 62**<br>**Edwards, IL 61528** | **5/31/2019 - invoice 85819 - $14,502.93**<br>**7/10/2019 - invoice 86350 - $7102.80** | $21,605.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Tenpoint Crossbow Technologies**<br>**1325 Waterloo Road**<br>**Mogadore, OH 44260** | **4/8/2019 - invoice 748193 - $2,800.10**<br>**4/8/2019 - invoice 748192 - $9,003.58** | $11,803.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Apple Land Sports Supply, Inc.** | | Case number *(if known)* **3-19-12609** |
|---|---|---|---|

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Pittman & Pittman (La Crosse) 712 Main Street La Crosse, WI 54601** | **Debtor paid $5,000.00 retainer. Pre-petition fees/expenses - $1,657.50 Filing Fee - $1,717.00 Funds held in Pittman & Pittman Trust Account - $1,625.50** | **June 20, 2019** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

         

    

| Debtor | **Apple Land Sports Supply, Inc.** | | Case number *(if known)* | **3-19-12609** |
|---|---|---|---|---|

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

□ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Walter Rayfield**<br>**325 King Street**<br>**Stoughton, WI 53589** | **Sale of 2013 Dodge Caravan (282,829 miles) for $1,800.00** | **August 1, 2019** | **$1,800.00** |
| | **Relationship to debtor**<br>**None** | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
□ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
□ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

□ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   □ No Go to Part 10.
   ■ Yes. Fill in below:
   Name of plan                                                    Employer identification number of the plan

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **Apple Land Sports Supply, Inc.**    Case number *(if known)*   **3-19-12609**

---

**Apple Land Sports Supply, Inc. Simple IRA**                    EIN:   **Unknown**

Has the plan been terminated?
■ No
☐ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Apple Land Sports Supply, Inc.**                              Case number *(if known)* **3-19-12609**

---

■ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Kopczyk, Osher & Scott, CPAs**<br>**4415 Harrison St., Ste 544**<br>**Hillside, IL 60162-1920** | **2014 - current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **Apple Land Sports Supply, Inc.**<br>**PO Box 22**<br>**Gays Mills, WI 54631** | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | **Apple Land Sports Supply, Inc.** | Case number *(if known)* **3-19-12609** |
|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | **Kopczyk, Osher & Scott CPAs**<br>**4415 Harrison St., Ste 544**<br>**Hillside, IL 60162-1920** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Royal Bank**<br>**P.O. Box 10**<br>**202 Main Street**<br>**Elroy, WI 53929** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Robert Pettit/Mike Pettit** | **Various** | **cost basis** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **various employees of Debtor** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Pettit** | | **Officer/Owner** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert Pettit** | | **Officer/Owner** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Debtor | **Apple Land Sports Supply, Inc.** | | Case number *(if known)* | **3-19-12609** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Michael Pettit**<br>**48536 Appleland Drive**<br>**Gays Mills, WI 54631** | **Salary paid - $24,800 in 2018**<br>**Salary paid - $14,462 in 2019**<br>**Company provides health insurance** | **various** | **Salary** |
| | Relationship to debtor<br>**Owner/Officer** | | | |
| 30.2. | **Robert Pettit**<br>**47908 Bell Center Rd.**<br>**Gays Mills, WI 54631** | **Salary paid - $24,800 in 2018**<br>**Salary paid - $14,462 in 2019** | **various** | **Salary** |
| | Relationship to debtor<br>**Owner/Officer** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 22, 2019**

| **/s/ Michael K. Pettit** | **Michael K. Pettit** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Wisconsin

| | | | |
|---|---|---|---|
| In re | **Apple Land Sports Supply, Inc.** | Case No. | **3-19-12609** |
| | Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael Pettit** | | | **50% owner** |
| **Robert Pettit** | | | **50% owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 22, 2019**

Signature  **/s/ Michael K. Pettit**
**Michael K. Pettit**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.